# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. MEYER,<br>        Plaintiff,<br><br>v.<br><br>DELAWARE VALLEY LIFT TRUCK, INC., MATERIAL HANDLING POWER DESIGNERS, LLC, JOHN W. MEYER, BARBARA A. MEYER, AND LAW OFFICES OF BARRY F. PENN, P.C.,<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-1118 |

## ORDER

**AND NOW** this 3rd day of July, 2019, upon consideration of Defendants' Motion to Quash (ECF No. 63), Plaintiff's Response (ECF No. 64), and Defendants' Reply (ECF No. 65), **IT IS ORDERED** that the motion is **DENIED**.

                                                **BY THE COURT:**

                                                **/s/Wendy Beetlestone, J.**
                                                _____
                                                **WENDY BEETLESTONE, J.**